UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN REALWORLDFARE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TAMARA LUCILE WAGNER, et al.,<br><br>        Defendants. | Case No. 5:25-cv-01330-KK-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Plaintiffs objections to the Report and Recommendation.  The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Plaintiffs have objected.  The Court accepts the findings and conclusions of the magistrate judge in the Report and Recommendation.

1   IT IS ORDERED that judgment be entered dismissing this case
2   without prejudice.
3
4   DATED: December 8, 2025
5
6                                    HONORABLE KENLY KIYA KATO
                                     UNITED STATES DISTRICT JUDGE
7

2