JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN REALWORLDFARE, et al., | Case No. 5:25-cv-01330-KK-SSC |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| TAMARA LUCILE WAGNER, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this matter is DISMISSED without prejudice.

DATED:  December 8, 2025

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE